**BUDGET CREDIT, INC.,** Respondent, v. **WALTER WEST** et al., Appellants, et al., Defendants. (Two Actions.) — On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated January 8, 1962, requiring them to perfect their appeal for the March 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

**MICHAEL HOLTZMAN,** an Infant, by His Guardian ad Litem, **ROBERT HOLTZMAN,** et al., Appellants, v. **JOHN B. MANNIELLO,** Respondent.— Motion by respondent to dismiss appeal, granted upon the consent of appellants; and appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

In the Matter of the TOWN OF HUNTINGTON, Respondent, v. **MORTIMER T. BROWN,** Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated January 15, 1962, requiring him to perfect his appeal for the March 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

**CHARLOTTE R. FINKEL,** an Infant, by **MORRIS FINKEL,** Her Guardian ad Litem, et al., Respondents, v. **BRUCE HAWLEY,** Appellant, et al., Defendants.— In a negligence action to recover damages for personal injuries, the defendant Hawley appeals from an order of the Supreme Court, Kings County, dated November 10, 1960, which granted plaintiffs' motion, made pursuant to rule 113 of the Rules of Civil Practice, to strike out the said defendant's answer and for summary judgment against him; directed an assessment of plaintiffs' damages; and severed the action against the remaining defendants. Order reversed, without costs, and plaintiffs' motion for summary judgment against defendant Hawley denied. Under all the circumstances disclosed by this record, it has not been established that there is no triable issue of fact as to whether the said defendant was negligent. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.